UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


MMR CONSTRUCTORS, INC.

VERSUS

UNITED FORMING, INC.

CIVIL ACTION

NUMBER 11-60-BAJ-SCR

**SCHEDULING ORDER**

Considering the information contained in the Status Report filed April 26, 2011, record document number 4, the following scheduling order is entered pursuant to Rule 16, Fed.R.Civ.P.

    A.    All fact discovery shall be completed and motions to compel fact discovery shall be filed by December 9, 2011.

    B.    The parties shall make the disclosures required by Rule 26(a)(1), Fed.R.Civ.P., by June 13, 2011.

    C.    Motions to amend the pleadings to add new parties or claims shall be filed by August 12, 2011.

    D.    Dispositive motions shall be filed by March 9, 2012.

If no dispositive motion is timely filed, or if the case is not resolved by the ruling on a dispositive motion, the scheduling order will be amended to include dates for the identification of expert witnesses, production of expert witness reports and completion of expert discovery. The dates for the final pretrial conference and the trial will be set in due course by the district judge.

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint,

agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. A second and any subsequent motion to extend the scheduling order deadlines must be supported with detailed information describing the discovery already completed, what necessary discovery remains, the parties efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Motions for reconsideration by the magistrate judge of rulings granting or denying extensions of scheduling order deadlines will be considered as motions under either Rule 59 or Rule 60, Fed.R.Civ.P., depending on when the motion for reconsideration is filed. *See Lavespere v. Niagra Machine Tool Works*, 910 F.3d 167 (5th Cir. 1990), *cert. denied*, 510 U.S. 859, 114 S.Ct. 171 (1993).

Additionally, counsel are to confer promptly to discuss a rational commercial solution to this litigation. Within 15 days of expiration of the discovery deadline in "A" above, plaintiff is to convey to defendant an offer of settlement or inform defendant that no settlement is possible. Defendant is to respond within 15 days from receipt of such offer.

**IT IS FURTHER ORDERED that the scheduling conference set for May 12, 2011 is cancelled.**

This case will be reviewed in approximately 90 days and assigned for a status conference if necessary.

Baton Rouge, Louisiana, April 27, 2011.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE